1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  JERMAYNE SIMS,                    )    No. CV 07-6888 PSG (CW)
                                      )
13              Petitioner,           )    ORDER ACCEPTING REPORT AND
                                      )    RECOMMENDATION OF UNITED STATES
14         v.                         )    MAGISTRATE JUDGE
                                      )
15  DERALL G. ADAMS (Warden),         )
                                      )
16              Respondent.           )
    ──────────────────────────────── )

17

18       Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

    entire record in this action, as well as the Report and Recommendation
19
    of the United States Magistrate Judge.  No objections to the Report
20
    and Recommendation have been received.
21
         **IT IS ORDERED**: (1) that the Report and Recommendation of the
22
    United States Magistrate Judge be accepted; and (2) that judgment be
23
    entered denying the petition and dismissing this action with
24
    prejudice.
25
    //
26
    //
27
    //
28
    //

1        **IT IS FURTHER ORDERED** that this order and the judgment herein be

2    served on the parties.

3

4    DATED:     March 3, 2011

5

6                                        _____

7                                           PHILIP S. GUTIERREZ
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2