**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERMAYNE SIMS,              ) | No. CV 07-6888 PSG (CW) |
|             Petitioner,     ) | JUDGMENT |
|      v.                     ) | |
| DERALL G. ADAMS (Warden),   ) | |
|             Respondent.     ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:   March 3, 2011

_____
PHILIP S. GUTIERREZ
United States District Judge